# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2009

Marilyn Kelly,
Chief Justice

139163

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re KCS, Minor.

_____/

JESSICA ARRON STRAUB, BRUCE STRAUB,
and AMANDA CHRISTINE RIZE,
      Petitioners-Appellees,

v

MATTHEW VINCENT HELMUTH,
      Respondent-Appellant.

SC: 139163
COA: 288824
Jackson CC Family Division:
08-006507-AD

_____/

      On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009

_____
Clerk

d0721